UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TING CAI,

        Plaintiff,

    v.

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICE (USCIS), et al.,

        Defendants.

Case No.  25-cv-00831-TLT

**ORDER**

Re: Dkt. No. 36

Pursuant to stipulation ECF 36, the Court ORDERED the following new briefing schedule:

- Defendants' Dispositive Motion due by March 11, 2026

- Plaintiff's Opposition and Counter-Motion due by April 13, 2026

- Defendants' reply and/or Opposition due by April 27, 2026

- Plaintiff's reply due by May 11, 2026

IT IS SO ORDERED.

Dated: February 9, 2026

_____
TRINA L. THOMPSON
United States District Judge

United States District Court
Northern District of California